393 A.2d 493

**Eugene MONTIGNY, Appellant,**

v.

**Carmela M. MONTIGNY, Appellee.**

Superior Court of Pennsylvania.

Argued Oct. 24, 1978.

Decided Nov. 1, 1978.

George E. Anthou, Canonsburg, for appellant.

Sanford S. Finder, Washington, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

## OPINION

PER CURIAM:

In accordance with this court's decision in *Vento v. Vento,* 256 Pa.Super. 91, 389 A.2d 615 (1978), we affirm the order of the lower court.

HESTER, J., dissents as to the real estate involved.